# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD H. LENT,

                Plaintiff,                19 **CIVIL** 1127 (ER) (RWL)

        -against-                       **JUDGMENT**

COMMISISONER OF SOCIAL SECURITY,
                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 30, 2020, Because neither party has filed objections to the R&R, the Court reviews it for clear error. the Court has carefully reviewed Judge Lehrburger's thorough and well-reasoned R&R and finds no error, clear or otherwise. Accordingly, the R& R is adopted in its entirety. the Commissioner's motion is GRANTED, and Plaintiff's motion is DENIED. Plaintiff's failure to file an objection precludes appellate review of this decision, and the case is closed.

**Dated:** New York, New York
       March 30, 2020

                                  **RUBY J. KRAJICK**
                          _____
                                   **Clerk of Court**
        **BY:**
                                     _____
                                   **Deputy Clerk**